UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                            ) | Docket No.:  3:94CR03135-004 |
| ) | |
| EDDIE ARMSTRONG,               ) | |
| A/K/A EDDIE DUCK                  ) | |

ORDER CANCELING THE MODIFICATION OF THE
CONDITIONS OR TERM OF SUPERVISION
SIGNED FEBRUARY 12, 2008

     On February 12, 2008, this Court signed a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender in reference to Eddie Armstrong. The request referenced a Violation Report memorandum wherein the Court was apprised of the offender's arrest for Battery/Domestic Violence on January 30, 2008, by the Okaloosa County, Florida, Sheriff's Office. The modification was requested to assist the offender with residential and personal stability pending the disposition of the state charge. On February 12, 2008, a "No Prosecution" was filed in the Felony Battery case against the offender. Therefore, it is the Order of this Court that the modification of supervised release contained in the Order dated February 12, 2008, be canceled.

DONE AND ORDERED in Pensacola, Florida this _____ day of February 2008.

_____
The Honorable Lacey A. Collier
Senior U.S. District Judge

*Received 2/25/08*
*Copy to USPO w/ packet 2/25/08*